```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 17741
   THOMAS C CARL
   DEBRA L CARL                                CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

           Debtor
    SSN XXX-XX-6099     SSN XXX-XX-9883


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 09/28/2007 and was confirmed 12/12/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 08/20/2008.
--------------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------------
CHASE AUTO FINANCE       SECURED VEHIC    16422.00         610.12        2720.75
CHASE AUTO FINANCE       UNSEC W/INTER      300.63          12.01           6.60
AMERICAS RECOVERY NETWOR UNSEC W/INTER   NOT FILED            .00            .00
ROUNDUP FUNDING LLC      UNSEC W/INTER     2468.11          98.01          54.35
CREDIT BUREAU ACCOUNTS   UNSEC W/INTER   NOT FILED            .00            .00
CREDIT BUREAU ACCOUNTS   UNSEC W/INTER   NOT FILED            .00            .00
CB USA                   UNSEC W/INTER      225.00            .00            .00
CB ACCOUNTS              UNSEC W/INTER      427.54          10.69           7.03
CCA                      UNSEC W/INTER   NOT FILED            .00            .00
CENTRIX RESOURCE SYSTEM  UNSEC W/INTER   NOT FILED            .00            .00
COMMONWEALTH EDISON      UNSEC W/INTER    10115.16         401.67         222.73
CUSTOM COLLECTION SERVIC UNSEC W/INTER   NOT FILED            .00            .00
CUSTOM COLLECTION SERVIC UNSEC W/INTER   NOT FILED            .00            .00
CUSTOM COLLECTION SERVIC UNSEC W/INTER   NOT FILED            .00            .00
DEPENDON COLLECTION      UNSEC W/INTER   NOT FILED            .00            .00
DEPENDON COLLECTION      UNSEC W/INTER   NOT FILED            .00            .00
DEPENDON COLLECTION      UNSEC W/INTER   NOT FILED            .00            .00
PREMIER BANKCARD         UNSEC W/INTER      451.96          11.30           7.44
ECAST SETTLEMENT CORP    UNSEC W/INTER      310.96            .00            .00
ECAST SETTLEMENT CORP    UNSEC W/INTER      302.04            .00            .00
RICHARD P KOMYATTE & ASS UNSEC W/INTER     1633.01          40.35          35.96
MEDICAL COLLECTIONS SYS  UNSEC W/INTER   NOT FILED            .00            .00
MERCURY FINANCE CO       UNSEC W/INTER   NOT FILED            .00            .00
MUTUAL HOSPITAL          UNSEC W/INTER   NOT FILED            .00            .00
MUTUAL HOSPITAL          UNSEC W/INTER   NOT FILED            .00            .00
MUTUAL HOSPITAL          UNSEC W/INTER   NOT FILED            .00            .00
MUTUAL HOSPITAL          UNSEC W/INTER   NOT FILED            .00            .00
MUTUAL HOSPITAL          UNSEC W/INTER   NOT FILED            .00            .00
MUTUAL HOSPITAL          UNSEC W/INTER   NOT FILED            .00            .00
MUTUAL HOSPITAL          UNSEC W/INTER   NOT FILED            .00            .00
MUTUAL HOSPITAL          UNSEC W/INTER   NOT FILED            .00            .00
MUTUAL HOSPITAL          UNSEC W/INTER   NOT FILED            .00            .00
```

```
MUTUAL HOSPITAL           UNSEC W/INTER NOT FILED              .00           .00
NICOR GAS                 UNSEC W/INTER     680.62            6.80         11.21
PELLETTIERI & ASSOC       UNSEC W/INTER NOT FILED              .00           .00
PELLETTIERI & ASSOC       UNSEC W/INTER NOT FILED              .00           .00
UNITED COLLECTION BUREAU  UNSEC W/INTER NOT FILED              .00           .00
UNITED COLLECTION BUREAU  UNSEC W/INTER NOT FILED              .00           .00
RJM AQUISITIONS FUNDING   UNSEC W/INTER      57.90             .00           .00
CUSTOM COLLECTION SERVIC  UNSEC W/INTER     106.25             .00           .00
ILLINOIS DEPT OF REVENUE  UNSEC W/INTER      13.00             .00           .00
B-REAL LLC                UNSEC W/INTER      38.95             .00           .00
B-REAL LLC                UNSEC W/INTER      30.00             .00           .00
B-REAL LLC                UNSEC W/INTER      30.00             .00           .00
B-REAL LLC                UNSEC W/INTER      30.00             .00           .00
SALUTE VISA GOLD          FILED LATE        416.72             .00           .00
LEGAL HELPERS PC          DEBTOR ATTY          .00                           .00
TOM VAUGHN                TRUSTEE                                         332.98
DEBTOR REFUND             REFUND                                             .00

         Summary of Receipts and Disbursements:
   -----------------------------------------------------------------------------
                            RECEIPTS              DISBURSEMENTS
   -----------------------------------------------------------------------------
   TRUSTEE                  4,590.00

   PRIORITY                                              .00
   SECURED                                          2,720.75
       INTEREST                                       610.12
   UNSECURED                                          345.32
       INTEREST                                       580.83
   ADMINISTRATIVE                                        .00
   TRUSTEE COMPENSATION                               332.98
   DEBTOR REFUND                                         .00
                            ---------------       ---------------
   TOTALS                   4,590.00              4,590.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 11/19/08            _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                          PAGE   2
          CASE NO. 07 B 17741 THOMAS C CARL & DEBRA L CARL